ORIGINAL

AO 442 (12/85) Warrant for Arrest

9890890

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 23 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

vs.

JOSHUA SAMUEL AARON
AGENT TO ARREST

WARRANT FOR ARREST

CASE NO. 1:15-CR-393
UNDER SEAL

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JOSHUA SAMUEL AARON and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Wire Fraud Conspiracy

in violation of **Title 18, United States Code, Section(s) 1343**

JAMES N. HATTEN
Name of Issuing Officer

_____
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

October 28, 2015 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

returned unexecuted per new Amended Warrant

Date Received: 10/29/2015

Sara Southard - USMS
Name and Title of Arresting Officer

Date of Arrest: _____

Sara Southard
Signature of Arresting Officer